In the Matter of the Application of KATHLEEN E. BRENNAN and Others, Petitioners, Respondents, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [173 Misc. 388.]

In the Matter of the Application of GLADYS M. BEGGS and Others, Petitioners, Respondents, against PAUL J. KERN, President, and Others, Commissioners,

Constituting the Municipal Civil Service Commission for the City of New York, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [172 Misc. 556.]